**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 07-1025**

EDWARD BERNARD MITCHELL,

Plaintiff - Appellant,

versus

ANTHONY J. PRINCIPI, SECRETARY OF VETERANS
AFFAIRS,

Defendant - Appellee.

Appeal from the United States District Court for the District of
South Carolina, at Charleston. Patrick Michael Duffy, District
Judge. (2:04-cv-02237-PMD)

Submitted: February 13, 2008      Decided: March 6, 2008

Before WILKINSON, TRAXLER, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Chalmers C. Johnson, CHALMERS JOHNSON LAW FIRM, L.L.C., Mt.
Pleasant, South Carolina, for Appellant. Reginald I. Lloyd, United
States Attorney, Terri Hearn Bailey, Assistant United States
Attorney, Columbia, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Edward Bernard Mitchell appeals the district court's order accepting the recommendation of the magistrate judge and granting Defendant's motion for summary judgment on Mitchell's employment discrimination action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Mitchell v. Principi</u>, 467 F. Supp. 2d 544 (D.S.C. 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>